UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

In Re:   Dial Complete Marketing
and Sales Practices Litigation

Case No. 11-md-2263-SM
11-cv-2274-SM

O R D E R

By notice dated September 14, 2011, Attorney Ronie M. Schmelz was instructed to register for Electronic Case Filing (ECF) within thirty (30) days.   On October 20, 2011, after the 30-day period had expired, the clerk's office contacted Attorney Schmelz's office by telephone and left a reminder message as a courtesy of the obligation to register for ECF.

Attorney Schmelz shall register for ECF on or before January 27, 2012.   Failure to register by that date shall result in Attorney Schmelz being removed as counsel of record, and she will no longer entitled to receive court notices and orders or pleadings filed by the parties in this case.

SO ORDERED.

Date:   January 13, 2012

/s/   Steven J. McAuliffe
_____
Steven J. McAuliffe
United States District Judge

cc:   Counsel of Record via ECF

Counsel of Record via US Mail:
*John E. Galvin, Esq.*
*Fred R. Rosenthal, Esq.*
*Donald Amamgbo, Esq.*
*Ronie M. Schmelz, Esq.*
*David Skall, Esq.*
*Paul E. Benson, Esq.*